UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
DOMINGO VASQUEZ,                                               :
                                                               :
                    Petitioner,                                :   **ORDER**
                                                               :
            v.                                                 :   16 Civ. 3871 (AKH)
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                    Respondent                                 :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 24, 2016, Petitioner filed his petition to vacate his sentence pursuant to 28 U.S.C. § 2255.  On November 21, 2019, I granted that request and Petitioner was subsequently resentenced.  *See* 13 Cr. 58, ECF Nos. 723, 737.  Accordingly, the Clerk shall mark 16 Civ. 3871 closed.


SO ORDERED.

Dated: New York, New York
       August 30, 2022

                                                            _____/s/_____
                                                            ALVIN K. HELLERSTEIN
                                                            United States District Judge